**FILED**

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0731

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Number DA 19-0731

State of Montana,

   Plaintiff and Appellee,

 -vs-

Travis Michael Staker,

   Defendant and Appellant.

### Order – Granting Leave for MTACDL to Participate as *Amicus Curiae*

   The Montana Association of Criminal Defense Lawyers (MTACDL) has filed an unopposed motion for leave to participate and file an *amicus* brief in this Matter.

   IT IS SO ORDERED that MTACDL's request for leave to file an *amicus* brief is GRANTED. MTACDL is directed to file and serve its *amicus* brief within 2 days of the issuance of this Order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 7 2020